United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 97-3755EM

_____

United States of America,        *
          *
      Appellee,        * On Appeal from the
          * United States District Court
    v.          * for the Eastern District
          * of Missouri.
          *
Douglas W. Russell,        * [Not To Be Published.]
          *
      Appellant,       *

_____

Submitted:  April 17, 1998
Filed:  April 27, 1998

_____

Before RICHARD S. ARNOLD,[1] Chief Judge, LOKEN, Circuit Judge, and PRATT,[2] District Judge.

_____

PER CURIAM.

_____

[1]The Hon. Richard S. Arnold stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the close of business on April 17, 1998.  He has been succeeded by the Hon. Pasco M. Bowman II.

[2]The Hon. Robert W. Pratt, United States District Judge for the Southern District of Iowa, sitting by designation.

In this appeal, the defendant, Douglas W. Russell, challenges the sentence imposed upon him by the District Court[3] for one count of possession of methamphetamine with intent to distribute. Defendant complains that the government broke its plea agreement with him when it failed to file a motion for downward departure under § 5K1.1 of the Sentencing Guidelines. We disagree. Defendant himself committed material breaches of the plea agreement. In these circumstances, the government was not obliged to file a downward-departure motion.

Affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[3]The Hon. George F. Gunn, Jr., United States District Judge for the Eastern District of Missouri.